Saleem SIRAJ, Deceased, Asma Siraj, Dependent, Respondent,

v.

M & S STEAKS OF BRANSON, Missouri, Appellant.

No. WD 61257.

Missouri Court of Appeals, Western District.

March 25, 2003.

John B. Rathmel, Prairie Village, KS, for appellant.

Scott Weston Mach, Kansas City, respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

### ORDER

PER CURIAM.

M & S Steaks of Branson appeals the decision of the Labor and Industrial Relations Commission in favor of Asma Siraj, the widow of M & S's deceased employee, Saleem Siraj. The judgment is affirmed. Rule 84.16(b).